# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 15-0037V
### Filed: November 16, 2015
Unpublished

* * * * * * * * * * * * * * * * * * * * * * * * * *

PATRICIA LYNNE SPILMAN,      *

                         *

          Petitioner,     *     Damages Decision Based on Proffer;

                         *     Tetanus Vaccine; Shoulder Injury

                         *     Related to Vaccine Injury ("SIRVA");

SECRETARY OF HEALTH      *     Special Processing Unit ("SPU")

AND HUMAN SERVICES,      *

                         *

          Respondent.   *

                         *

* * * * * * * * * * * * * * * * * * * * * * * * * *

*Paul R. Brazil, Muller Brazil, LLP, for petitioner.*
*Michael Patrick Milmoe, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On January 12, 2015, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] [the "Vaccine Act"]. Petitioner alleges that she sustained shoulder injuries, including rotator cuff tear, tendinosis, and fluid collection as a result of a tetanus vaccine she received on April 6, 2014. Petition at 1, 3. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On June 9, 2015, a ruling on entitlement was issued finding petitioner entitled to compensation. On November 13, 2015, respondent filed a proffer on award of compensation ["Proffer"] stating that petitioner should be awarded $67,500.00. Proffer at 1. In the Proffer, respondent represented that petitioner agrees with the proffered

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

award. Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $67,500.00 in the form of a check payable to petitioner, Patricia Lynne Spilman.** This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Nora Beth Dorsey**
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

_____

                               )

PATRICIA LYNNE SPILMAN,       )

                               )

         Petitioner,        )    No. 15-37V

                               )    Chief Special Master Dorsey

     v.                      )    ECF

                               )

SECRETARY OF HEALTH AND     )

HUMAN SERVICES,           )

                               )

         Respondent.     )

_____)

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

**I.**    **Compensation for Vaccine Injury-Related Items**

On June 8, 2015, respondent filed a Rule 4(c) Report conceding that petitioner was entitled to vaccine compensation for her Shoulder Injury Related to Vaccine Administration ("SIRVA"). Respondent proffers that, based on the evidence of record, petitioner should be awarded $67,500.00. This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a)(1); 15(a)(3)(A); and 15(a)(4). Petitioner agrees.

**II.**    **Form of the Award**

Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment as described below, and requests that the special master's decision and the Court's judgment award the following:[1]

    A. A lump sum payment of $67,500.00 in the form of a check payable to petitioner, Patricia Lynne Spilman. This amount accounts for all elements of compensation under 42 U.S.C.

---

[1] Should petitioner die prior to entry of judgment, respondent reserves the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future medical expenses, future pain and suffering, and future lost wages.

§ 300aa-15(a) to which petitioner would be entitled.

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

RUPA BHATTACHARYYA
Director
Torts Branch, Civil Division

VINCENT J. MATANOSKI
Deputy Director
Torts Branch, Civil Division

LYNN E. RICCIARDELLA
Senior Trial Attorney
Torts Branch, Civil Division

*/s/ Michael P. Milmoe*
MICHAEL P. MILMOE
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C.  20044-0146
Phone:   (202) 616-4125

Dated:  November 13, 2015          Fax:      (202) 616-4310